IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 9:25-cr-1288 |
| | ) | 16 U.S.C. §3372(a)(1) |
| v. | ) | 16 U.S.C. §3373(d)(2) |
| | ) | |
| | ) | **INFORMATION** |
| **JOHN MAURICE TRASK, III** | ) | |
| | ) | |
| | ) | |
| | ) | |

COUNT 1

THE UNITED STATES ATTORNEY CHARGES:

1.     That on or about September 30, 2023, in the District of South Carolina, the Defendant, **JOHN MAURICE TRASK, III,** did knowingly import, export, transport, acquire, and purchase a green sea turtle (*Chelonia mydas*) head, a specimen of wildlife listed on Appendix I to the Convention on International Trade in Endangered Species of Wild Fauna and Flora and when in the exercise of due care, the Defendant, **JOHN TRASK, III**, should have known that said sea turtle was taken, possessed, transported, or sold in violation of, and in a manner unlawful under, any law, regulation, and treaty of the United States, specifically the Endangered Species Act (16 U.S.C. §§ 1538(a)(1)(G), 1583(c)(1)) and 50 C.F.R. §§ 14.52, 14.61, 14.81, 17.31(a), 23.13(a);

In violation of Title 16, United States Code, Section 3372(a)(1), 3373(d)(2).

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:
Elle E. Klein (Fed ID No. 12941)
Assistant United States Attorneys
United States Attorney's Office
1441 Main Street, Suite 500
Columbia, SC 29201
Telephone 803-929-3000
Facsimile 803-256-0233
Elle.Klein@usdoj.gov